FILED

08/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0116

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0116

STATE OF MONTANA,

Plaintiff and Appellee,

v.

THOMAS DEUTSCH, SR.,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 19, 2020, within which to prepare, file, and serve Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 11 2020